UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wells Fargo Bank Northwest, N.A., | No. CV04-01535 EMC |
| Plaintiff, | |
| v. | **ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |
| Polaris Holding Company, | |
| Defendant. | |
| _____/ | |

Pursuant to the parties' request, this matter is referred to a magistrate judge for settlement conference to be held in the afternoon of September 12, 2005 or as soon as possible. Jury trial is currently set to begin on October 11, 2005.

Dated: August 22, 2005

_____
Edward M. Chen
United States Magistrate Judge

cc: Wings