1  MARK A. SHEFT (No. 183732)
   KEVIN H. LEWIS (No. 197421)
2  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California  94111-4024
   Telephone:   415/434-1600
5  Facsimile:   415/217-5910

6  Attorneys for Plaintiff
   WELLS FARGO BANK NORTHWEST,
7  NATIONAL ASSOCIATION, as Owner Trustee

8
   LOREN KIEVE (No. 56280)
9  QUINN EMANUEL URQUHART OLIVER &
       HEDGES, LLP
10 50 California Street, 22nd Floor
   San Francisco, California  94111
11 Telephone:   415/875-6600
   Facsimile:   415/875-6700
12
   Attorneys for Defendant
13 POLARIS HOLDING COMPANY, a Delaware
   Corporation
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  WELLS FARGO BANK NORTHWEST, N.A. (formerly known as First Security Bank, N.A.), a National Banking Association, as Owner Trustee,<br><br>            Plaintiff,<br><br>    v.<br><br>POLARIS HOLDING COMPANY, a Delaware Corporation, and DOES 1-50,<br><br>            Defendants. | No. C04-1535 EMC<br><br>STIPULATION OF DISMISSAL;<br>ORDER |

STIPULATION OF DISMISSAL                                C04-1535 EMC

1  Plaintiff Wells Fargo Bank Northwest, National Association ("Wells Fargo"), as
2  Owner Trustee, hereby dismisses this action with prejudice and without costs in favor of
3  either party pursuant to Fed. R. Civ. P. 41(a)(1)(ii) with the consent of defendant Polaris
4  Holding Company.

5  DATED: September 20, 2005.

Respectfully,

MARK A. SHEFT
KEVIN H. LEWIS
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
         MARK A. SHEFT

Attorneys for plaintiff WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, as Owner Trustee

DATED: September 20, 2005.

LOREN KIEVE
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____/s/_____
         LOREN KIEVE

Attorneys for defendant POLARIS HOLDING COMPANY

ATTESTATION

I hereby attest that I have permission to file the attached document on behalf of all signatories using the /s/ substitution for their signatures. We will retain the signed original of the document in our files.

IT IS SO ORDERED:

_____
Edward M. Chen
United States Magistrate Judge

By: _____/s/_____
         MARK A. SHEFT

STIPULATION OF DISMISSAL            C04-1535 EMC
-1-